# United States Bankruptcy Court
## Western District of Michigan

In Re:

                                                      Case No.: GL 13-05489
                                                      Chapter 7

PATRICIA ANN NARSESIAN,

      Debtor.

_____/

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[    ]  GRANTED and further provided this Waiver shall apply to all subsequent fees in this case.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.  In addition, the waiver will not apply to the extent the Chapter 7 trustee is able to pay all or a portion of the filing fee from property of the Chapter 7 estate.

[ X ]  DENIED. *Family size is two. Debtor has 3 vehicles, two with no liens. D has money in bank.*

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ ___81.00___ on or before ___8-10-2013___

$ ___75.00___ on or before ___9-10-2013___

$ ___75.00___ on or before ___10-10-2013___

$ ___75.00___ on or before ___11-10-2015___

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAIL TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[    ]  SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____ (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

Date: ___July 11, 2013___

_____
Chief United States Bankruptcy Judge

Served upon Debtor by first class mail
On _____ by S.Combs